# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

In the Matter of: )
) Case No. 20-01553-als7
Kendall James Wallendal, )
) Chapter 7
Debtor. )

## TRUSTEE'S REQUEST FOR ORDER TO SHOW CAUSE HEARING

Pursuant to the Order and Notice entered by the Court at the outset of the above-captioned case, the Chapter Trustee hereby requests the Court schedule an Order to Show Cause Hearing Why this Case Should Not Be Dismissed based on the following grounds:

_____ Failure of Debtor to file or to file timely the list of creditors.

__X_____ Failure of Debtor to file or to file timely the Schedules and/or Statement of Financial Affairs.

__X_____ Failure of Debtor to attend the 11 U.S.C. section 341 meeting or to provide a verified justifiable excuse for not attending the meeting.

_____ Failure of Attorney of Record for the Debtor to attend the 11 U.S.C. section 341 meeting or to provide a verified justifiable excuse for not attending the meeting.

_____ Failure of Debtor to provide the Chapter Trustee with all recorded information relating to property of the estate.

_____ Failure of Debtor to surrender to the Trustee all property of the estate.

__X_____ Other: Debtor failed to provide to Trustee the following documents: Tax Returns; Photo I.D.; Proof of Social Security Number; Bank statements and paystubs covering the date of filing.

By: ___/s/Charles L. Smith_____
Charles L. Smith, Trustee

Parties served: Parties in Interest